**No. P68/275.**—John A. Steer Co. *v.* United States, protests 66/4416, etc. (Philadelphia).

Maletz, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consist of coordinatographs or parts, dedicated for use therewith, in chief value of metal, similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 CCPA 67, C.A.D. 879), the claim of the plaintiff was sustained.